UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL LABOR RELATIONS BOARD,

Applicant,

v.

MAYS PRINTING COMPANY, INC.
Respondent.

Case:2:10-mc-51089
Judge: Cleland, Robert H
MJ: Komives, Paul J

## ORDER

Upon consideration of the Application For Order Enforcing Subpoena Duces Tecum pursuant to Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, I find that:

(1) The National Labor Relations Board's (Board) issuance of a subpoena duces tecum to procure evidence for the purpose of securing compliance with a Board Decision and Order and an Order of the United States Court of Appeals for the Sixth Circuit in Case 7-CA-51544, and administrative law judge's decision and order subsequently adopted by the Board in Case 7-CA-52247, is within the lawful jurisdiction of the government authority seeking sworn testimony and documents covered by the subpoena duces tecum;

(2) There is reason to believe that the testimony being sought is relevant to a legitimate law enforcement inquiry; and

(3) There is reason to believe that Respondent's refusal to provide the sworn testimony and documents being sought will impede the unfair labor practice compliance proceedings in Cases 7-CA-51544 and 7-CA-52247 before the Board and is preventing the Board from carrying out its duties and functions under the Act.

Wherefore, it is ORDERED that Respondent's Keeper of the Records appear before the Board to provide documents and sworn testimony as requested in Subpoena B-573111.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated at Detroit, Michigan
This 25 day of October, 2010.