**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff,

v.                                                    Case No. 11-13533

MAYS PRINTING COMPANY, INC.,
et al.,

    Defendants.
                                    /

**ORDER DENYING WITHOUT PREJUDICE TWO MOTIONS FOR CONTEMPT**

      Before the court are two motions for contempt, filed by Plaintiff National Labor Relations Board ("NLRB"). The parties have appeared twice before the court for hearings on the motions. Both times, Defendants' counsel has represented that Defendants will attempt to comply with the subpoena and pending orders requiring production. Most recently, the parties submitted, and this court signed, a detailed stipulated order regarding the timing of production. As the parties appear to be actively engaged in efforts to amicably resolve this matter,

      IT IS ORDERED that the NLRB's two motions for contempt [Dkt. ## 5 & 12] are DENIED WITHOUT PREJUDICE. In the event Defendants fail to meet their obligations under the court's pending orders, Plaintiff may bring a third motion for contempt.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: August 31, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2011, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522