**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff,

v.                                             Case No. 11-13533

MAYS PRINTING COMPANY, INC.,
et al.,

    Defendants.
                                  /

**NOTICE OF STATUS CONFERENCE**

    This matter was initiated on September 29, 2010, as a simple application for enforcement of a subpoena duces tecum.  Because Defendants have been less than prompt in responding to the subpoena, Plaintiff National Labor Relations Board ("NLRB") has brought multiple motions for contempt.  Each time, Defendants assured the court that they would work efficiently with Plaintiff to ensure compliance.  The parties were last before the court in August 2011, but Plaintiff has not yet filed any indication that the subpoena has been satisfactorily answered.  Instead, it appears likely to the court that Defendants have still not provided all the necessary documents.  The court will therefore conduct a status conference to determine the efforts Defendants have taken in this regard.  Accordingly,

    IT IS ORDERED that  that counsel for all parties, as well as a corporate

representative from Defendant Mays Printing Company, Inc., and individual Defendants James Mays and Michael Robinson, personally appear for a status conference on

**February 10, 2012, at 10:00 a.m.**

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2012, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522