**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff,

v.                                            Case No. 11-13533

MAYS PRINTING COMPANY, INC.,
et al.,

    Defendants.
                                 /

**ORDER OF DISMISSAL**

This matter was initiated on September 29, 2010, as an application for enforcement of a subpoena duces tecum.  Plaintiff has had some difficulty obtaining the documents at issue in the subpoena, and the court recently set this case for a conference to determine the current status of the outstanding subpoena.  On January 31, 2012, the court's staff was notified by Plaintiff's counsel that Defendants have now fully complied with the subpoena, and no further court involvement is necessary.  Plaintiff's counsel further authorized a dismissal with prejudice.  Accordingly,

    IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  January 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2012, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522